USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7-26-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANKUNITED, N.A.,

          **Plaintiff,**

- against -

BLUE WOLF INVESTMENTS, LLC,

          **Defendants.**

18-cv-8196 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

The Court has reviewed the Report and Recommendation of Magistrate Judge Parker dated July 1, 2019. No objections to the Report and Recommendation have been filed and the time for filing such objections has passed. In any event, the Court finds that the Report and Recommendation are well founded and should be adopted. Therefore, the Report and Recommendation are adopted.

In accordance with the Report and Recommendation, the Clerk is directed to enter judgment in favor of the plaintiff and against the defendants Zvi Bloom and Blue Wolf Investments, LLC (collectively, the "absent defendants"), holding the absent defendants jointly and severally liable for damages in the

amount of $9,310,277.76,[1] plus interest at the rate of $2,298.94[2] for each day after July 1, 2019 (the date of the Report and Recommendation) until the date judgment is entered. Postjudgment interest on the entire amount of the judgment will accrue from the date of the judgment at the rate provided by 28 U.S.C. § 1961(a). Because there is no just reason for delay, the Court directs that judgment be entered pursuant to Fed. R. Civ. P. 54(b) against the absent defendants as explained above.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 26, 2019**

_____
John G. Koeltl
United States District Judge

---

[1] This figure represents the principal, interest (including the Magistrate Judge's reductions in rate and days accrued, R&R at 15-16), and late fees on the two relevant notes, as well as the recommended $173,350.35 in attorneys' fees.

[2] This figure represents interest of $1572.56 per day on the "$7.5 million Note" and $726.38 per day on the "$2.5 million Note," R&R at 3.