```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BANKUNITED, N.A.,

                            Plaintiff,

          -against-

BLUE WOLF INVESTMENTS, LLC,
                            Defendants.
-------------------------------------------------------------X

18 **CIVIL** 8196 (JGK)

**54(b) JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 26, 2019, the Report and Recommendation is well founded and is adopted. Judgment is entered in favor of the plaintiff and against the absent defendants Zvi Bloom and Blue Wolf Investments, LLC, holding the absent defendants jointly and severally liable for damages in the amount of $9,310,277.76, plus interest at the rate of $2,298.94 for each day after July 1, 2019, in the amount of $66,669.26. Post judgment interest on the entire amount of the judgment will accrue from the date of the judgment at the rate provided by 28 U.S.C. § 1961(a). Because there is no just reason for delay, judgment is entered pursuant to Fed. R. Civ. P. 54(b) against the absent defendants.

**Dated:** New York, New York
         July 29, 2019

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

                     **BY:**

                                              **Deputy Clerk**