NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

# Duane Morris®

*FIRM and AFFILIATE OFFICES*

STEVEN T. KNIPFELBERG
DIRECT DIAL: +1 973 424 2019
PERSONAL FAX: +1 973 556 1571
E-MAIL: stknipfelberg@duanemorris.com

www.duanemorris.com

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

October 31, 2019

**VIA ECF**

Honorable Katharine H. Parker, U.S.M.J.
U.S. District Court
Southern District of New York
500 Pearl Street
New York , New York 10007-1312

    Re:    **BankUnited, N.A. v. Blue Wolf Investments, LLC, et al.
            Civil Action No.: 1:18-cv-8196**

Dear Judge Parker:

    Our office represents Plaintiff BankUnited, N.A. ("Plaintiff") in the above-referenced matter. We are pleased to advise the Court that Plaintiff and Defendant Mayer Gold have reached a confidential settlement of this matter. The parties are currently in the process of executing the settlement documents. In accordance with the Court's directive, we intend to provide Your Honor with a copy of the settlement agreement following our filing a Motion to Seal.

    We thank the Court for its kind attention to this matter.

                                      Respectfully,

                                      */s/Steven T. Knipfelberg*

                                      Steven T. Knipfelberg

STK:tjs
cc: Jordan Pilevsky, Esq. (via ecf)