# LAW OFFICE OF JORDAN PILEVSKY PLLC

2555 OCEAN AVENUE, SUITE 202, BROOKLYN, NEW YORK 11229

**Jordan Pilevsky, Esq.**
Tel: 718-616-2005
jpilevsky@jplawpllc.com

December 20, 2019

<u>Via ECF</u>
Honorable Katherine H. Parker, U.S.M.J
United States District Court
Southern District of New York
500 Pearl Street, New York 10007-1312

      **Re:   BankUnited, N.A. v. Blue Wolf Investments, LLC, et. al.**
            <u>Civil Action No.: 1:18-cv-8196</u>

Dear Judge Parker:

      This office is counsel to defendant Mayer Gold ("<u>Gold</u>") in the above-referenced matter. On December 13, 2019, this Court directed counsel for Plaintiff BankUnited, N.A. ("<u>Plaintiff</u>") and Gold to submit a joint status letter advising the Court whether the settlement between Plaintiff and Gold has been finalized.

      We are pleased to advise the Court that Plaintiff and Gold have finalized their confidential settlement. The parties intend on filing a stipulation of dismissal as to Gold only in short order.

                                        Respectfully,

                                        s/ Jordan Pilevsky

                                        Jordan Pilevsky

JP/bhs
cc: Steven J. Knipfelberg, Esq. (via ecf)