UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BANKUNITED, N.A.,

                                        Plaintiff,                    **ORDER OF DISMISSAL**

                    -against-                                          **1:18-cv-8196 (JGK) (KHP)**

BLUE WOLF INVESTMENTS, LLC, SEASONS
PROPERTY MANAGEMENT LLC, ZVI BLOOM, and
MAYER GOLD,
                                        Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**

        The docket sheet in this action indicates that the Complaint was filed on September 7,

2018, an Amended Complaint was filed on October 16, 2018, and that no proof of service of the

summons and either complaint has been filed as to Defendant Seasons Property Management

LLC.  Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after the complaint is filed, the court
> – on motion or on its own after notice to the plaintiff – must dismiss the action
> without prejudice against that defendant or order that service be made within a
> specified time. But if the plaintiff shows good cause for the failure, the court must
> extend the time for service for an appropriate period. This subdivision (m) does
> not apply to service in a foreign country under Rule 4(f) or 4(j)(1).

                                *       *       *

        The time to serve the Amended Complaint has long since expired.  In accordance with

Rule 4(m), this Court hereby dismisses the action, without prejudice, as to Defendant Seasons

Property Management LLC.  **The Clerk of Court is kindly directed to close the case**.

**SO ORDERED.**

Dated: February 2, 2021
     New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge